IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
JAMES BONINI
CLERK

2005 MAY 10 P 3: 25

| UNITED STATES OF AMERICA | : | No.: 2:04-MJ-202-TK  **2:05 cr 125** |
|---|---|---|
| | : | JUDGE |
| vs. | : | **JUDGE MARBLEY** |
| CARLTON N. NORAH | : | 18 U.S.C. § 871(a) |
| | : | Presidential Threats |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

For all periods material to this Information:

On or about June 22, 2004, the exact dates being unknown, in the Southern District of Ohio and elsewhere, Defendant CARLTON N. NORAH did knowingly and willfully unlawfully deposit for conveyance in the mail and by a letter carrier a letter, paper, writing and document containing a threat to take the life of and inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871(a)

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS
Deputy Criminal Chief

1